June 15, 2008

Edward Palacios, D-27035
CTF-East Dorm (ED-47L)
P.O. Box 689
Soledad, CA 93960

Petitioner in pro se

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102



RE: PALACIOS v. SCHWARZENEGGER
    CASE NO. CV 08-2000 VRW

Clerk of the Court:

    On April 17, 2008, my writ of habeas corpus was filed in this Court. The filing fee followed, but when I received the receipt it was for another case, Case no. CV 08-2001. I spoke to the person with that case number and he assured me his family sent the filing fee to the Court, but he did not receive a receipt. I would appreciate knowing if the filing fee has been paid in my case. I don't know how the mix up happened, but as long as the fees were paid that's all that matters.

    Thank you for your time and attention to my request.

Respectfully,

Edward Palacios
Petitioner in pro se





Edward Palacios, D-27035
CTF-East Dorm (ED-47L)
P.O. Box 689
Soledad, CA 93960

L E G A L   M A I L

Case no. CV 08-2000 VRW

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102