IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD PALACIOS,<br><br>                          Petitioner,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>                          Respondent. | C08-2000 VRW<br><br>**[PROPOSED] ORDER GRANTING RESPONDENT'S REQUEST FOR A STAY PENDING ISSUANCE OF MANDATE IN** *HAYWARD* |

This Court considered Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* or, in the alternative, Request for an Extension of Time, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* is **GRANTED**. Respondent shall respond to Petitioner's Petition sixty days after the issuance of the mandate in *Hayward*.

Dated: _____

                                                                         The Honorable Vaughn R. Walker