IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **EDWARD PALACIOS,**<br><br>Petitioner,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER,**<br><br>Respondent. | C08-2000 VRW<br><br>**[PROPOSED] ORDER DENYING RESPONDENT'S REQUEST FOR A STAY AND GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME** |

This Court considered Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* or, in the alternative, Request for an Extension of Time, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for a Stay Pending Issuance of Mandate in *Hayward* is **DENIED**.

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time is **GRANTED**. Respondent is granted a sixty day extension of time to file the Answer from the date the Court's denial to stay proceedings is served on the Attorney General's Office.

Dated: _____   _____
                                          The Honorable Vaughn R. Walker

[Proposed] Order                                   *Palacios v. Schwarzenegger*
                                                    Case No. C08-2000 VRW