IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PALACIOS,               ) | |
|     Petitioner,               ) | No C 08-2000 VRW (PR) |
| vs.                            ) | ORDER |
| ARNOLD SCHWARZENEGGER, et al, ) | (Docket # 6) |
|     Respondent(s).            ) | |

    Petitioner seeks a writ of habeas corpus under 28 USC § 2254 challenging the decision of the Governor of the State of California to revoke a parole date granted him by the California Board of Prison Hearings ("BPH").  On July 21, 2008, the court ordered respondent to show cause why a writ of habeas corpus should not be granted.

    Respondent now has filed a motion to stay this case indefinitely pending the en banc decision in <u>Hayward v Marshall</u>, 512 F3d 536 (9th Cir), reh'g en banc granted, 527 F3d 797 (9th Cir 2008).  Respondent asserts that a stay is warranted on basis of judicial economy because <u>Hayward</u> "may" decide various issues applicable to this case.  The motion for a stay (docket # 6) is DENIED because it

1  is an abuse of discretion for a district court to stay a habeas petition indefinitely
2  pending appellate resolution of a different case involving parallel issues.  Yong v
3  INS, 208 F3d 1116, 1120-22 (9th Cir 2000).  The time to file an answer is
4  extended to a date sixty days from the date this order is entered.
5  SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALACIOS, | Case Number: C08-2000 VRW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ARNOLD SCHWARZENEGGER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Palacios D-27035
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Dated: August 20, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk